IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
MAGISTRATE JUDGE GUDRUN RICE

Criminal Case No.:  06-mj-00054-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHERYL ROBERTS,

    Defendant.

## ORDER

On motion of the Government, the Information previously filed in this matter is dismissed without prejudice.

Dated:   January 11, 2007, nunc pro tunc January 9, 2007.

                        BY THE COURT:

                        s/ Gudrun Rice

                        Gudrun Rice
                        United States Magistrate Judge